FILE COPY

No. 07-13-00094-CR

| | | |
|---|---|---|
| Ananda Chermion Habib<br> Appellant | § | From the 108th District Court<br> of Potter County |
| | § | |
| v. | § | April 30, 2014 |
| | § | |
| The State of Texas<br> Appellee | § | Opinion by Justice Hancock |
| | § | |
| | § | |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated April 30, 2014, it is ordered, adjudged and decreed that the judgment of the trial court is modified as set forth in the opinion and affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o